FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/2/2015 3:40:17 PM
CHRISTOPHER A. PRINE
Clerk

CAUSE NO.   434.875

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN THE PROBATE COURT |
| | § | |
| MICHAEL EDWARD SCHIED | § | NUMBER ONE OF |
| | § | |
| DECEASED | § | HARRIS COUNTY, TEXAS |

## DOCKET CONTROL ORDER

The following Docket Control Order shall apply to this case unless modified by the court. If no date is given below, the item is governed by the Texas Rules of Civil Procedure.

1.   01/19/2015   **JOINDER**. All parties must be added and served, whether by amendment or third party practice, by this date. THE PARTY CAUSING THE JOINDER SHALL PROVIDE A COPY OF THIS DOCKET CONTROL ORDER AT THE TIME OF SERVICE.

2.   **EXPERT WITNESSES DESIGNATION**. Expert witness designations are required and must be served by the following dates. The designation must include the information listed in Rule 194.2(f)(1) and (2). Failure to timely respond will be governed by Rule 193.6.

(a)   02/16/2015   Experts for parties seeking affirmative relief.
(b)   03/16/2015   All other experts.

3.   02/27/2015   **ALTERNATIVE DISPUTE RESOLUTION. Mediation is hereby ORDERED and shall be completed by this date.**

4.   05/15/2015   **DISCOVERY PERIOD ENDS.** All discovery must be conducted before the end of the discovery period. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period that the deadline for responding will be within the discovery period. Counsel may conduct discovery beyond this deadline by Rule 11 agreement. Incomplete discovery will not delay the trial.

5.   **DISPOSITIVE MOTIONS AND PLEAS**. Must be heard or set by submission as follows:

(a)   03/16/2015   Dispositive motions or pleas subject to an interlocutory appeal must be considered by this date.
(b)   03/16/2015   Summary judgment motions not subject to an interlocutory appeal must be considered by this date.
(c)   04/15/2015   Rule 166a(i) motions may not be considered before this date.

6.   04/30/2015   **CHALLENGES TO EXPERT TESTIMONY**. All motions to exclude testimony and evidentiary challenges to expert testimony must be filed by this date, unless extended by leave of court.

7.   05/15/2015   **PLEADINGS**. All amendments and supplements must be filed by this date. This order does not preclude prompt filing of pleadings directly responsive to any timely filed pleadings.

8.   06/08/2015   **WRITTEN STATEMENTS OF THE PARTIES CONTENTIONS** are to be filed with the Court and exchanged between the parties counsel by this date.

**AGREED WRITTEN STIPULATIONS** are to be filed with the Court and exchanged between the parties counsel by this date.

**CONTESTED ISSUES OF FACT** are to be filed with the Court and exchanged between parties counsel by this date.

**PROPOSED JURY CHARGE QUESTIONS, INSTRUCTIONS AND DEFINITIONS** are to be filed with the Court and exchanged between parties counsel by this date.

**MOTIONS IN LIMINE** must be filed with the Court by this date.

J:/winword/kh/dcoforms/dco-434.875 Schied

9. 06/15/2015   **PRETRIAL CONFERENCE**. Parties shall be prepared to discuss all aspects of trial with the court on this date. TIME *(morning of trial)* **This matter may be DISMISSED FOR WANT OF PROSECUTION for failure to appear at Pretrial.**

10. 06/15/2015   **TRIAL**. If not assigned by the second Friday following this date, the case will be reset.

__1__ Days ___ Bench __x__ Jury ____ Panel     CONTEST TO APPLICANT / PROB OF WILL

Signed: *December 19 2014.*     Judge: _____

2014 DEC 22 AM 9:46
FILED
Stan Stanart
COUNTY CLERK
HARRIS COUNTY, TEXAS

J:/winword/kh/dcoforms/dco-434.875 Schied

CAUSE NO.   434.875

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN THE PROBATE COURT |
| | § | |
| MICHAEL EDWARD SCHIED | § | NUMBER ONE OF |
| | § | |
| DECEASED | § | HARRIS COUNTY, TEXAS |

## TRIAL PREPARATION

o Pursuant to Rule 166 of the Texas Rules of Civil Procedure, before the Pretrial Conference scheduled for this case, all items listed below **must be furnished to opposing counsel in advance** with enough time to allow for objections and **brought with you** to the Pretrial Conference.

o Pursuant to Rule 166 of the Texas Rules of Civil Procedure, all items listed below **must be exchanged** prior to the Pretrial Conference and a copy for the court at the Pretrial Conference.

o Pursuant to Rule 166 of the Texas Rules of Civil Procedure, the following items must be completed and ready for discussion with the court at the Pretrial Conference.

- **Party/Attorney List.** Names, addresses, and phone numbers of each pro se party and attorney.

- **Trial Witness List.** The name, address and telephone number of any person expected to testify at trial, and a brief statement of each identified person's connection with the case.

- **Draft Jury Charge (if a jury fee has been paid) or Findings of Fact and Conclusions of Law.** Modifications may be submitted as the trial progresses. Please submit this on a CD.

- **Exhibits.** An exhibit list is required. All exhibits must be pre-marked with inadmissible matters redacted (e.g. insurance) Objections to authenticity must be made pursuant to Rule 193.7.

- **Deposition Excerpts or edited Videotapes.** Designate page and line in sequence to be used at trial.

- **Motions in Limine.**

- **Trial Scheduling.** Estimated trial length and potential attorney or witness conflicts or travel difficulties.

J:/winword/kh/dcoforms/dco-434.875 Schied

UNOFFICIAL COPY

# Exhibit List

PAGE ____ of ____

V _____

Plaintiff ____
Defendant ____
Date _____

_____ Cause No. _____

| # | COMMENT/Description | ADM W/O Obj | ADM Over Obj. | ADM - lmt | ADM if mod | ADM Court Only | ADM Dem. Only | OBJ sus | DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Receipt Acknowledged:

PARTY: _Michael Roy Merritt_
Counsel Name: _David A. Munson_

Counsel Signature: _____
Firm: _David A. Munson, PC_
Address: _2002 Timberloch Pl., Suite 200_
_Houston, TX 77380_
Telephone: (281) _210-3457_
Telecopier: (281) _362-0417_

PARTY: _David Schied_
Counsel Name: _____

Counsel Signature: _by phone_
Firm: _12/22/14 copy mailed_
Address: _____
_____
Telephone: ( ) _____
Telecopier: ( ) _____

PARTY: _____
Counsel Name: _____

Counsel Signature: _____
Firm: _____
Address: _____

Telephone: ( ) _____
Telecopier: ( ) _____

PARTY: _____
Counsel Name: _____

Counsel Signature: _____
Firm: _____
Address: _____

Telephone: ( ) _____
Telecopier: ( ) _____

PARTY: _____
Counsel Name: _____

Counsel Signature: _____
Firm: _____
Address: _____

Telephone: ( ) _____
Telecopier: ( ) _____

PARTY: _____
Counsel Name: _____

Counsel Signature: _____
Firm: _____
Address: _____

Telephone: ( ) _____
Telecopier: ( ) _____

PARTY: _____
Counsel Name: _____

Counsel Signature: _____
Firm: _____
Address: _____

Telephone: ( ) _____
Telecopier: ( ) _____

PARTY: _____
Counsel Name: _____

Counsel Signature: _____
Firm: _____
Address: _____

Telephone: ( ) _____
Telecopier: ( ) _____

J:/winword/kh/dcoforms/dco-434.875 Schied

## MSG Confirm

Date & Time : DEC-22-2014 08:04AM MON
Fax Number :
Fax Name :
Model Name : Dell 2335dn MFP

| No. | Name/Number | StartTime | Time | Mode | Page | Result |
|-----|-------------|-----------|------|------|------|--------|
| 962 | 92813620417 | 2014-12-22 08:02AM | 01'20 | ECM | 005 | O.K |

 

UNOFFICIAL COPY